```
                                          2006 SEP 25  PM 1:02
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 02cr2623-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF WARRANT |
| MAXIMO JARAMILLO | ) | |
| Defendant. | ) | |

   Upon application of the United States Attorney, and good cause appearing therefrom,

   IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice.

   IT IS FURTHER ORDERED that any warrant issued in this case be recalled.

   DATED: 9/20/06

                                        HONORABLE JEFFREY T. MILLER
                                        United States Magistrate Court